# EXHIBIT C

# OMITTED FROM ELECTRONICALLY FILED SENTENCING MEMORANDUM